**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Aispuro,<br><br>　　　　Petitioner,<br><br>v.<br><br>Katrina S. Kane, *et al.*,<br><br>　　　　Respondents. | No. CV 13-1252-PHX-PGR (BSB)<br><br>**ORDER** |

The Court having reviewed the Report and Recommendation of Magistrate Judge Bade, and no party having filed any objection,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 14) is ACCEPTED and ADOPTED by the Court.[1]

**IT IS FURTHER ORDERED** that petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

**IT IS FURTHER ORDERED** DENYING a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal.

DATED this 31st day of March, 2014.

Paul G. Rosenblatt
United States District Judge

---

[1] Magistrate Judge Bade recommended the petition be denied as moot because Petitioner has received the relief he sought, a bond redetermination hearing. (Doc. 14 at 4–5.)